IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

KINGSFORD MANUFACTURING CO. &
AFFILIATES,

        Plaintiff,

        v.

DEPARTMENT OF REVENUE,
State of Oregon,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

TC-MD 130531D

**FINAL DECISION OF DISMISSAL**

This Final Decision incorporates without change the court's Decision entered September 8, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiff's Notice of Voluntary Dismissal (Motion), filed August 21, 2014, voluntarily dismissing its appeal. (Ptf's Mot at 1.) Tax Court Rule-Magistrate Division 6 B(1) states in part: "When a plaintiff files a motion to dismiss, the defending party has 10 days from the date of service to file a response." As of the date of this Decision of Dismissal, Defendant has not filed a response to Plaintiff's Motion. Having considered the matter, the court finds that Plaintiff's Motion should be granted. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of September 2014.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR. Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*
*This document was signed by Presiding Magistrate Jill A. Tanner on September 25, 2014. The court filed and entered this document on September 25, 2014.*